## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 13 |
| JOSHUA DAVID MCDADE, | ) | |
| | ) | Bankruptcy No.   18-00253 |
| Debtor. | ) | |

## ORDER DISMISSING CASE

Debtor has filed a Request to Dismiss Under 11 U.S.C. § 1307(b).   That section provides:

> On request of the debtor at any time, if the case has not been converted under section 706, 1112, or 1208 of this title, the court shall dismiss a case under this chapter.   Any waiver of the right to dismiss under this subsection is unenforceable.

This case has not previously been converted.   Debtor may voluntarily dismiss this case.

**WHEREFORE**, this case is DISMISSED.

Dated and Entered:
 February 20, 2019

_____
THAD J. COLLINS
CHIEF BANKRUPTCY JUDGE